# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA RECORD, | No. 4:19-CV-00370 |
| Plaintiff, | (Judge Brann) |
| v. | |
| MAYBROOK-P ORANGEVILLE OPCO, LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 6th day of October 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, Doc. 17 is **GRANTED**.

2. Final Judgment is entered in favor of Defendant and against Plaintiff.

3. The Clerk is directed to **CLOSE** the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge